# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **JOSHUA SANTOS,** | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 25-11809-BEM |
| **STEPHEN KENNEDY, et al.,** | ) ) ) | |
| Defendants. | ) ) | |

## ORDER

**MURPHY, J.**

On July 28, 2025, the Court ordered *pro se* plaintiff Joshua Santos to pay the $405 filing fee or file a motion for leave to proceed *in forma pauperis*. The Court stated that failure to do so within 21 days could result in dismissal of this action. D. 3. The Clerk mailed a copy of the order to Santos at his address of record (Souza-Baranowski Correctional Center). D. 4.

On August 6, 2025, the copy of the order the Clerk had mailed to Santos was returned as undeliverable, with the notation "was released" written on the envelope. D. 6. Because the Clerk mailed the order to Santos at the address he had provided, it is deemed to have been delivered and properly served. *See* L.R. 83.5.5(h) (D. Mass.).

The time for complying with the Court's July 28, 2025 order has lapsed without any response from Santos. Accordingly, the Court DISMISSES this action without prejudice for failure to pay the filing fee.

**So Ordered.**

Dated: August 19, 2025

 /s/ Brian E. Murphy  
Brian E. Murphy  
Judge, United States District Court